FILED

JUL 11 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-65-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN PHILLIP CASHER, | |
| Defendant. | |

Pursuant to Rule 17(c)(1), F.R.Crim.P., the Defendant's right to effective assistance of counsel, and Defendant's right to compulsory process, Defendant's Motion for Court to Direct Clerk to Issue a Subpoena (Doc. 7) is **GRANTED.** The Clerk shall issue the subpoena and deliver it to counsel for Defendant for service on Rocky Mountain Bank. Rocky Mountain Bank shall, within 14 days of service, lodge any objections it might have to the subpoena.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of July, 2019.

SUSAN P. WATTERS
United States District Judge

1