

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-65-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN PHILLIP CASHER, | |
| Defendant. | |

Pursuant to Rule 17(c)(1) and (3), F.R.Crim.P., the Defendant's right to effective assistance of counsel, and Defendant's right to compulsory process, the Motion for Court to Direct Clerk to Issue a Subpoenas (Doc. 38) is **GRANTED**. The Clerk shall issue the subpoenas and deliver them to counsel for Defendant for service on Sharon Clarke and Jessica L. Watts. The foregoing shall, within 14 days of service, lodge any objections they might have to the subpoenas.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of December, 2019.

SUSAN P. WATTERS
United States District Judge

1