

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN PHILLIP CASHER,<br><br>Defendant. | CR 19-65-BLG-SPW<br><br>ORDER TO SEAL |

Upon the Unopposed Motion for Leave to File Under Seal United States' Response to Defendant's Motion to Require Disclose (sic) Information Relating to the Grand Jury (Doc. 62), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion for Leave to File Under Seal is **GRANTED**. The United States shall file its Response to the Defendant's Motion to Require Disclose Information of Grand Jury Subpoenas Imposing Secrecy Obligations under seal.

DATED this 11th day of February, 2020.

SUSAN P. WATTERS
United States District Court Judge