
FILED
FEB 2 1 2020
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN PHILLIP CASHER, <br><br> Defendant. | CR 19-65-BLG-SPW <br><br> ORDER |

Pending before the Court is the unopposed motion of the United States to exclude improper evidence of the defendant's "good character" (Doc. 47). For good cause being shown,

IT IS HEREBY ORDERED that the motion to exclude improper evidence of the defendant's good character (Doc. 47), is **GRANTED**.

DATED this 21st day of February, 2020.

SUSAN P. WATTERS
United States District Judge

1