IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STEPHEN PHILLIP CASHER,**<br><br>Defendant. | **CR 19-65-BLG-SPW**<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO QUASH (DOC. 93)** |

Prospective trial witnesses Curtis Chrystal and Crag Sciara filed a motion to quash or modify their trial subpoenas. (Doc. 93.) Defendant Stephen Casher filed a response. (Doc. 95.) Trial is set to commence on June 22, 2020. The Government must respond to the motion to quash. However, because the trial is set to begin in less than two weeks, and because the witnesses will require time to arrange travel if necessary, the Court will shorten the time allotted for a response. Accordingly,

1

IT IS HEREBY ORDERED that the Government must file its response on or before June 15, 2020.

DATED this 11th day of June, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge