# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STEPHEN PHILLIP CASHER,**<br><br>Defendant. | **CR 19-65-BLG-SPW**<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION IN LIMINE TO EXCLUDE EXPERT (DOC. 96)** |

Defendant Stephen Casher has filed a motion in limine to exclude an expert witness. (Doc. 96.) Trial is set to commence on June 22, 2020. The Government must respond to the motion, and Casher may file a reply. However, because trial is set to begin in less than two weeks, the Court will shorten the briefing schedule. Accordingly,

1

IT IS HEREBY ORDERED that the Government must file its response on or before June 15, 2020; Casher must file his reply no more than two days after the Government files its response.

DATED this 11th day of June, 2020.

SUSAN P. WATTERS
United States District Judge