IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-19-65-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO DISMISS COUNT XIV OF THE SUPERSEDING INDICTMENT |
| STEPHEN PHILLIP CASHER, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Count XIV of the Superseding Indictment (Doc. 103), and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss Count XIV of the Superseding Indictment (Doc. 103), is **GRANTED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1