IN THE UNITED STATES COURTS
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

JUN 1 9 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN PHILLIP CASHER,<br><br>Defendant. | CR-19-065-BLG-SPW<br><br>ORDER EXCLUDING<br>SPECTATORS DURING JURY<br>SELECTION |

Due to COVID-19 restrictions, the Court is unable to provide proper social distancing for any spectators during jury selection on June 22, 2020.

Accordingly, IT IS HEREBY ORDERED spectators will be excluded from jury selection on June 22, 2020. Spectators will be permitted into the courthouse once the jury trial begins.

DATED this 19th of June 2020.

Susan P. Watters
United States District Judge