UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN PHILLIP CASHER,<br><br>Defendant. | CR-19-65-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 23rd day of June, 2020.

*Susan P. Watters*
Honorable Susan P. Watters
United States District Judge